NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

LAWRENCE B. LOCKWOOD
and PANIP, LLC,
*Plaintiffs-Appellants,*

v.

SHEPPARD, MULLIN, RICHTER & HAMPTON,
LLP, JONATHAN HANGARTNER, and STEVE P.
HASSID,
*Defendants-Appellees,*

---

2010-1189

---

Appeal from the United States District Court for the Central District of California in 09-CV-5157, Judge John F. Walter.

---

ON MOTION

---

Before RADER, *Chief Judge.*

## ORDER

Upon consideration of O'Melveny & Myers LLP's motion for leave to file a brief amicus curiae in support of the defendants-appellees,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brian M. Berliner, Esq.
Don Howarth, Esq.
Gary A. Clark, Esq.
David Hricik, Esq.
Margaret M. Grignon, Esq.
Andre M. Mura, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2010

JAN HORBALY
CLERK